

**Entered on Docket
December 22, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

_____

Jessica Newill, Esq.
Nevada Bar No. 11425
Law Office of Brian D. Shapiro, LLC.
411 E. Bonneville Ave., Suite 300
Las Vegas, NV 89101
Phone: (702) 386-8600
Fax: (702) 383-0994
bshapiro@brianshapirolaw.com
*Local Counsel for OneWest Bank, FSB*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Bankruptcy Case No. 09-29656-mkn |
| TERI BETH HENDRICKS, | Chapter 7 |
| Debtor. | HEARING:<br>DATE: December 2, 2009<br>TIME: 1:30 p.m. |

### ORDER RE: MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### RE: 1967 VERDE MIRADA DRIVE, LAS VEGAS, NV 89118

The Motion for Relief from the Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. section 362 be and are hereby terminated with respect to the interest of

OneWest Bank, FSB in the real property commonly known as 1967 VERDE MIRADA DRIVE, LAS VEGAS, NV 89118.

IT IS FURTHER ORDERED that this order is binding despite conversion of the bankruptcy to a case under any other chapter of Title II of the U.S. Code.

| SUBMITTED BY: | Approved/Disapproved by: |
|---|---|
| /s/ Jessica Newill | Failed to respond |
| Jessica Newill, Esq.<br>Nevada Bar No. 11425<br>Law Office of Brian D. Shapiro, LLC.<br>411 E. Bonneville Ave., Suite 300<br>Las Vegas, NV 89101<br>Phone: (702) 386-8600<br>Fax: (702) 383-0994<br>bshapiro@brianshapirolaw.com<br>*Local Counsel for OneWest Bank, FSB* | James F. Lisowski, SR., Chapter 7 Trustee |

### ALTERNATIVE METHOD Re: RULE 9021

In accordance with Local Rule 9021, by submitting this order, it is certified that:

_____ The court waived the requirements of approval under LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__x__ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

Date: 12-9-09 James F. Lisowski, SR, Trustee    Approved/Disapproved/**Failed to Respond**

###